THE PEOPLE OF THE STATE OF NEW YORK ex rel. ALLERTON NEW YORK CORP., Appellant, against JOSEPH LILLY et al., Constituting the Tax Commission of the City of New York, Respondents. [22 E. 38th St., Borough of Manhattan.] — Order unanimously modified by reducing the assessment of the building to $725,000 for the year 1941–42 and to $710,000 for the year 1942–43, and as so modified affirmed, with $20 costs and disbursements to the relator-appellant. No opinion. Settle order on notice. Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.